### HIXON v. ASBURY *et al.*

SIMMONS, C. J.   " An objection made generally to the introduction of specified evidence as a whole is not well taken when some of it is admissible." *Ray* v. *Camp*, 110 *Ga.* 818.

*Judgment affirmed.   All the Justices concur, except Evans, J., disqualified.*

Argued May 19,—Decided June 9, 1904.

Equitable petition.   Before Judge Evans.   Taliaferro superior court.   December 26, 1903.

*Colley & Sims,* for plaintiff in error.   *S. H. Sibley,* contra.